IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS D. BRALEY,

      Plaintiff,                    No. CIV S-07-1468 GEB KJM P

  vs.

LOS ANGELES COUNTY JAIL, et al.,

      Defendants.            <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff complains of his medical care in the Los Angeles County Jail, which is located in the Central District of California and at Wasco State Prison, which is located in the Fresno Division of this district. <u>See</u> Local Rule 3-120(d). None of the incidents occurred and none of the defendants are located in this division.

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis or his motion for the appointment of counsel.

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

3  2. This action is transferred to the United States District Court for the Eastern
4  District of California sitting in Fresno; and

5  3. All future filings shall reference the new Fresno case number assigned and shall
6  be filed at:

7  United States District Court
   Eastern District of California
8  2500 Tulare Street
   Fresno, CA 93721
9

10 DATED: August 10, 2007.

11 _____
   U.S. MAGISTRATE JUDGE
12

13 2
   bral1468.22
14

15

16

17

18

19

20

21

22

23

24

25

26