IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS D. BRALEY, | |
|     Plaintiff, | CV F 01 1166 OWW GSA P |
| vs. | ORDER RE FINDINGS AND RECOMMENDATION (DOC 18) |
| MEDICAL DEPT., et al., | |
|     Defendants. | |

    On October 10, 2007, findings and recommendations were entered, recommending that his action be dismissed for Plaintiff's failure to submit a completed application to proceed in forma pauperis.   On November 13, 2007, Plaintiff filed an application to proceed in forma pauperis.

    Accordingly, IT IS HEREBY ORDERED that the October 10, 2007, recommendation of dismissal is vacated.

    IT IS SO ORDERED.

    Dated:   **February 12, 2008**          **/s/ Gary S. Austin**
                                                                            UNITED STATES MAGISTRATE JUDGE