1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT FOR THE
8               EASTERN DISTRICT OF CALIFORNIA
9
10  THOMAS D. BRALEY,                    1:07-cv-01166-OWW-GSA (PC)
11          Plaintiff,                   ORDER GRANTING SECOND MOTION
                                         TO EXTEND TIME TO FILE AMENDED
12      vs.                              COMPLAINT
13  LOS ANGELES COUNTY JAIL, et al.,     (DOCUMENT #38)
14          Defendants.                  THIRTY DAY DEADLINE
15  _____/
16
17          On June 20, 2008, plaintiff filed a motion to extend time to file an amended complaint.
18  Good cause having been presented to the court and GOOD CAUSE APPEARING
    THEREFOR, IT IS HEREBY ORDERED that:
19
20          Plaintiff is granted thirty (30) days from the date of service of this order in which to file
    an amended complaint.
21
22
23          IT IS SO ORDERED.
24      Dated:   **June 24, 2008**        _____/s/ **Gary S. Austin**_____
                                          UNITED STATES MAGISTRATE JUDGE
25
26
27
28