IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS D. BRALEY, | 1:07-cv-01166-OWW-GSA (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT |
| vs. | |
| LOS ANGELES COUNTY JAIL, et al., | (DOCUMENT #42) |
| Defendants. | THIRTY-DAY DEADLINE |

On August 7, 2008, Plaintiff filed a motion to extend time to file his second amended complaint in compliance with the Court's order of July 2, 2008.  Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file his second amended complaint.

IT IS SO ORDERED.

Dated:   **August 19, 2008**         /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE