# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS D. BRALEY, | CASE NO. 1:07-cv-01166-OWW-GSA PC |
| Plaintiff, | ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE APPEAL, AND GRANTING THIRTY-DAY EXTENSION TO FILE OBJECTIONS |
| v. | |
| LOS ANGELES COUNTY JAIL MEDICAL DEPT., et al., | (Doc. 47) |
| Defendants. | |

Plaintiff Thomas D. Braley ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 3, 2009, the undersigned recommended dismissal of this action, with prejudice, for failure to state a claim upon which relief may be granted. On March 5, 2009, Plaintiff filed a motion seeking a fourteen-day extension of time to file a notice of appeal.

At this juncture, the undersigned has recommended dismissal of this action. The recommendation has not been adopted by Judge Wanger, and any notice of appeal would be premature. Therefore, Plaintiff's motion for an extension of time to appeal is **denied**. However, the Court will **grant** Plaintiff a thirty-day extension of time to file objections to the recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **March 9, 2009**          /s/ Gary S. Austin
                                 UNITED STATES MAGISTRATE JUDGE

1