# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS D. BRALEY, | CASE NO. 1:07-cv-01166-OWW-GSA PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE ANY CLAIMS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AGAINST PLAINTIFF |
| v. | |
| LOS ANGELES COUNTY JAIL MEDICAL DEPT., et al., | |
| Defendants. | (Docs. 40 and 46) |

Plaintiff Thomas D. Braley ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 3, 2009, the Magistrate Judge filed Findings and Recommendations which recommended dismissal of this action, with prejudice, for failure to state a claim upon which relief may be granted. Plaintiff was given thirty days within which to object. On March 5, 2009, Plaintiff sought an extension of time to object, which was granted by the Court, and on March 10, 2009, Plaintiff filed his Objection.

Plaintiff's Objection sets forth nothing more than a bare objection to the dismissal of his case. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

1 | Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 3, 2009, is adopted in full;
2. This action is dismissed, with prejudice, for failure to state any claims upon which relief may be granted; and
3. The Clerk of the Court shall enter judgment against Plaintiff and close this file.

IT IS SO ORDERED.

**Dated:   March 11, 2009**                    /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE