1
2
3
4
5
6
# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS D. BRALEY, | CASE NO. 1:07-cv-01166-OWW-GSA PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR CORRECTION OF THE RECORD |
| v. | (Doc. 57) |
| LOS ANGELES COUNTY JAIL MEDICAL DEPT., et al., | |
| Defendants. | |

Plaintiff Thomas D. Braley ("Plaintiff") is a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 12, 2009, this action was dismissed for failure to state a claim upon which relief may be granted, and judgment was entered. On March 25, 2009, Plaintiff filed a motion seeking correction of the record as to the caption of this case and service of his notice of appeal. (Doc. 57, ¶¶1, 2.) For the following reasons, Plaintiff's motion is denied.

Cases are titled based on the parties' names as set forth in the original complaint. The dismissal of the Los Angeles County Jail Medical Department from this action does not alter the title of the case. Plaintiff's objection to the continued use of the Los Angeles County Jail Medical Department in the case title is without merit.

Pursuant to Federal Rule of Appellate Procedure 3(d), the Clerk of the Court must serve Plaintiff with notice of the filing of a notice of appeal, which was done. The Clerk of the Court must also serve a copy of the notice of appeal on the clerk of the appellate court, which was also done.

1

A copy of the notice of appeal itself is not required to be served on Plaintiff. Plaintiff received notice that his appeal was filed, and his objection to not receiving a copy of the appeal is without merit.

Accordingly, Plaintiff's motion for correction of the record, filed March 25, 2009, is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **March 27, 2009**                       **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE