# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS D. BRALEY, | CASE NO. 1:07-cv-01166-OWW-GSA PC |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S MOTION |
| v. | (Doc. 63) |
| LOS ANGELES COUNTY JAIL MEDICAL DEPT., et al., | |
| Defendants. / | |

    Plaintiff Thomas D. Braley, a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed a motion entitled "Request for Joinder/Intervention Under Supplemental Jurisdiction." This action was dismissed and judgment was entered on March 12, 2009, and Plaintiff's appeal is currently pending at the United States Court of Appeals for the Ninth Circuit.

    Plaintiff's motion does not request any proper post-judgment relief. Accordingly, the motion is HEREBY STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

Dated:   June 24, 2009              /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE